5 So.2d 643

### Ike OLIVER v. STATE.

### 8 Div. 163.

Supreme Court of Alabama.

Jan. 15, 1942.

Wm. Stell, of Russellville, for petitioner.

Thos. S. Lawson, Atty. Gen., and John J. Haynes and Jas. A. Hare, Asst. Attys. Gen., opposed.

158

THOMAS, Justice.

Petition of Ike Oliver for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Oliver v. State, 5 So.2d 642.

Writ denied.

GARDNER, C. J., and BROWN and FOSTER, JJ., concur.